THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Brian Jacob Terrell, Appellant.
 
 
 
 
 

Appeal From Lexington County
 J. C. Buddy Nicholson, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-180
 Submitted January 4, 2010  Filed March 1,
2010

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant
 Deputy Attorney General Salley W. Elliott, all of Columbia; Solicitor Donald V.
 Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Brian
 Jacob Terrell appeals his convictions and
 sentences on five charges of lewd act on a child and two counts of assault and
 battery of a high and aggravated nature, arguing his guilty pleas were not given
 voluntarily and therefore should not have been accepted by the trial judge.  Terrell's counsel attached a petition to be relieved
 as counsel, stating that she reviewed the record and concluded the appeal
 lacked merit.  After a review of the record and counsel's brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Terrell's appeal and
 grant counsel's petition to be relieved.
APPEAL DISMISSED.
SHORT, THOMAS, and
 KONDUROS, JJ., concur.

[1] We decide this case
 without oral argument pursuant to Rule 215, SCACR.